1

2

3

4

5                 IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8 LG ELECTRONICS, INC.,              No. C 01-01375 CW
                                     C 01-01594 CW

9         Plaintiff and               C 01-02187 CW
        Counterclaim Defendant,       C 01-01552 CW

10

11     v.                               **THIS DOCUMENT**
                                       **RELATES TO ALL**

12 BIZCOM ELECTRONICS, INC., COMPAL    **CASES**
ELECTRONICS, INC., and SCEPTRE

13 TECHNOLOGIES, INC.,
_____/    ORDER SETTING

14                                        CASE MANAGEMENT
EVEREX SYSTEMS, INC.,           CONFERENCE AND

15 _____/    DENYING SUMMARY
                                       ADJUDICATION OF

16 FIRST INTERNATIONAL COMPUTER, INC.   NON-INFRINGEMENT
and FIRST INTERNATIONAL COMPUTER OF   OF THE '645

17 AMERICA, INC.,                PATENT AND
_____/    DESIGNATING CASES

18                                        FOR ELECTRONIC
Q-LITY COMPUTER, INC., QUANTA       COURT FILING

19 COMPUTER, INC., and QUANTA COMPUTER
USA, INC.,

20 _____/

21

22         Defendants and
        Counterclaimants.

23

24      On July 7, 2006, the Federal Circuit entered its judgment

25 affirming in part, reversing in part and vacating in part this

26 Court's claim construction and summary judgment orders.  The

27 mandate was issued on September 8, 2006.

28      As the appellate court noted, because the Court granted

**United States District Court**
For the Northern District of California

Defendants' motion for summary adjudication of non-infringement of the '645 patent on the basis of the accused devices' failure to use the claimed strobe signals, it did not reach Defendants' alternative argument that they did not infringe as a matter of law because the chipsets in the accused products did not include an "end of access" signal as required by the asserted claims.  Having considered the papers filed by the parties on this issue, the Court denies Defendants' motion for summary adjudication of non-infringement of the '645 patent on this ground.  LGE expert William K. Hoffman opines that the accused products' PCI bus with a FRAME# signal satisfies the "end of access control signal" limitation in claim 1 and the "end of access system bus control signal" limitation in claim 12.  Hoffman Decl. ¶ 48.  Whether Mr. Hoffman's opinion is persuasive despite his failure personally to analyze the internal operations of the accused chipsets is a disputed question of material fact that the Court cannot resolve as a matter of law.

The Court hereby sets a case management conference for November 3, 2006 at 1:30 p.m.  The parties shall submit a revised joint case management statement within thirty days of the date of this order.  The case management statement should address the issues remaining for trial as well as the expected length of the trial.  The parties should also prepare a claim construction chart setting forth the relevant terms at issue, including the Court's constructions that are still operative and the Federal Circuit's revised constructions.  The Court further orders the parties to arrange for a private mediation session with the Honorable Edward A. Infante of JAMS, or another mutually agreed-upon mediator,

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1   before the case management conference.

2       These cases are hereby designated for the Court's Electronic

3   Case Filing (ECF) Program.  Pursuant to General Order 45, each

4   attorney of record is obligated to become an ECF user and be

5   assigned a user ID and password for access to the system.  All

6   documents required to be filed with the Clerk shall be filed

7   electronically on the ECF website, except as provided otherwise in

8   section VII of General Order 45 or authorized otherwise by the

9   court.

10      IT IS SO ORDERED.

11

12  Dated: 9/28/06



_____
CLAUDIA WILKEN
United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    3