DANIEL JOHNSON JR. (SBN 574090)
RITA E. TAUTKUS (SBN 162090)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for Plaintiff
LG ELECTRONICS INC.

TERRY D. GARNETT (SBN 151212)
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendants
Q-LITY COMPUTER INC., QUANTA COMPUTER INC., and
QUANTA COMPUTER USA, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LG ELECTRONICS INC.,<br><br>    Plaintiff,<br>v.<br><br>Q-LITY COMPUTER INC., QUANTA COMPUTER INC., and QUANTA COMPUTER USA, INC.,<br><br>    Defendants. | No. C 01-02187 CW (EAI)<br><br>**STIPULATION OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS RELATED TO U.S. PATENT NOS. 4,918,645 AND 5,892,509** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff LG Electronics ("LGE"), and defendants Q-Lity Computer Inc., Quanta Computer Inc., and Quanta Computer USA, Inc. (collectively, "Quanta") hereby stipulate to the dismissal, with prejudice, of all claims for infringement and all counterclaims relating to U.S. Patent No. 4,918,645 ("the '645 patent") in the above-captioned civil action.  LGE and Quanta specifically agree that this dismissal with prejudice applies only to claims and counterclaims regarding products at issue in this case (*i.e.*, products specifically identified in Quanta's Corrected Fourth Amended Response to LG Electronic Inc.'s Interrogatory No. 1).  Notwithstanding the foregoing, this dismissal with prejudice shall not prohibit the Quanta Defendants from asserting any and all defenses of non-infringement, invalidity, or unenforceability of the '645 patent in any future litigation between LGE and Quanta.

LGE and Quanta further stipulate to the dismissal, without prejudice, of all claims for infringement and all counterclaims relating to U.S. Patent No. 5,892,509 in the above-captioned civil action.  Each party will bear its own costs and attorneys fees.

1

| | | |
|---|---|---|
| 2 | Dated: May 24, 2007 | Dated: May 24, 2007 |
| 3 | **LG ELECTRONICS INC.** | **Q-LITY COMPUTER INC., QUANTA COMPUTER INC., and QUANTA COMPUTER USA, INC.** |
| 4 | | |
| 5 | By its attorneys, | By its attorneys, |

6

7      _____/s/_____                    _____/s/_____
       David M. Morris                    Terry D. Garnett

8

9

10   DANIEL JOHNSON JR. (SBN 574090)           TERRY D. GARNETT (SBN 151212)
     RITA E. TAUTKUS (SBN 162090)              VINCENT K. YIP (SBN 170665)
11   MORGAN, LEWIS & BOCKIUS LLP               PETER J. WIED (SBN 198475)
     One Market, Spear Street Tower            PAUL, HASTINGS, JANOFSKY &
12   San Francisco, CA 94105                   WALKER, LLP
     Telephone: (415) 442-1000                 515 South Flower Street
13   Facsimile: (415) 442-1001                 Twenty-Fifth Floor
                                               Los Angeles, CA 90071
14   DAVID M. MORRIS (admitted *pro hac vice*) Telephone: (213) 683-6000
     COLLIN W. PARK (admitted *pro hac vice*)  Facsimile: (213) 627-0705
15   MORGAN, LEWIS & BOCKIUS LLP
     1111 Pennsylvania Avenue, N.W.
16   Washington, DC 20004
     Telephone: (202) 739-3000
17   Facsimile: (202) 432-9652

18

19

20                                            IT IS SO ORDERED
                                              /s/ Claudia Wilken
21                                            Judge Claudia Wilken

(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

22

23

24

25

26

27

28