IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LG ELECTRONICS, INC.,<br><br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>  v.<br><br>Q-LITY COMPUTER INC., QUANTA COMPUTER INC., and QUANTA COMPUTER USA INC.,<br><br>    Defendants and<br>    Counterclaimants.<br>_____/ | No. C 01-2187 CW<br><br>ORDER STRIKING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

    Defendants Q-Lity Computer Inc., Quanta Computer Inc. and Quanta Computer USA Inc. have filed a motion for summary judgment. The memorandum of point and authorities filed in support of the motion does not contain a statement of relevant facts and therefore does not conform to Civil Local Rule 7-4.  The Court STRIKES the memorandum of points and authorities.  Defendants shall file an amended version of the memorandum, including a statement of facts, within five days of this order.  Defendants may not change any of the arguments already made.  Otherwise, the briefing schedule remains the same.  Plaintiff's opposition is due September 21, 2007 and Defendants' reply is due September 28, 2007.

    IT IS SO ORDERED.

Dated: 9/11/07

                                                  /s/ Claudia Wilken<br>
                                                  CLAUDIA WILKEN<br>
                                                  United States District Judge