IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LG ELECTRONICS, INC.,

    Plaintiff and
    Counterclaim Defendant,

  v.

Q-LITY COMPUTER INC., QUANTA COMPUTER INC., and QUANTA COMPUTER USA INC.,

    Defendants and
    Counterclaimants.

No. C 01-2187 CW

ORDER

    On July 7, 2006, the Federal Circuit reversed in part the Court's decisions in this case and remanded for further proceedings.  On November 30, 2006, Defendants Q-Lity Computer Inc., Quanta Computer Inc. and Quanta Computer USA Inc. filed a petition for writ of certiorari in the Supreme Court.  On September 7, 2007, Defendants filed a motion for summary judgment in this Court.  Now, the Supreme Court has granted certiorari.

    Within three days of the date of this order, the parties shall file a joint statement regarding the impact of the grant of certiorari on the existing case management schedule in this Court and the Court's decision on Defendants' pending motion for summary judgment.  To the extent the parties disagree, they may address those positions in the joint statement.

    IT IS SO ORDERED.

Dated: 9/25/07

    CLAUDIA WILKEN
    United States District Judge