IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LG ELECTRONICS, INC.,<br><br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>  v.<br><br>Q-LITY COMPUTER INC., QUANTA COMPUTER INC., and QUANTA COMPUTER USA INC.,<br><br>    Defendants and<br>    Counterclaimants.<br>_____/ | No. C 01-2187 CW<br><br>ORDER DENYING DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S ORDER DENYING DEFENDANT'S MOTION FOR A PROTECTIVE ORDER |

On September 5, 2007, Special Master Retired Judge Edward Infante entered an order denying Defendants Q-Lity Computer Inc., Quanta Computer Inc. and Quanta Computer USA Inc.'s motion for a protective order from Plaintiff LG Electronic's second notice of Rule 30(b)(6) deposition and granting Plaintiff's cross-motion to compel discovery. Now before the Court are Defendants' objections to this Order. The Court has reviewed the Special Master's order and Defendants' objections. The Special Master's order is neither clearly erroneous nor contrary to law. The Court therefore DENIES Defendants' objections and adopts the order of the Special Master in full.

IT IS SO ORDERED.

Dated:    10/1/07

CLAUDIA WILKEN
United States District Judge

Copy mailed to:

**Edward A. Infante**
JAMS
Two Embarcadero Center
Suite 1100
San Francisco, CA 94111