IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LG ELECTRONICS, INC.,

    Plaintiff and
    Counterclaim Defendant,

  v.

Q-LITY COMPUTER INC., QUANTA COMPUTER INC., and QUANTA COMPUTER USA INC.,

    Defendants and
    Counterclaimants.

No. C 01-2187 CW

ORDER

On June 9, 2008, the Supreme Court entered an opinion in this case reversing the Federal Circuit's decision. Within five days of the date of this order, the parties shall file a joint statement regarding the impact of the Supreme Court's opinion on the parties' claims. In particular, the parties shall address whether any issues remain to be decided and, if so, how the parties propose the case should proceed. To the extent the parties disagree, they may address those positions in the joint statement. If necessary, the Court will then set a case management conference or enter a further scheduling order.

IT IS SO ORDERED.

Dated: 6/10/08

CLAUDIA WILKEN
United States District Judge