IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LG ELECTRONICS, INC.,

    Plaintiff and
    Counterclaim Defendant,

  v.

Q-LITY COMPUTER INC., QUANTA COMPUTER INC., and QUANTA COMPUTER USA INC.,

    Defendants and
    Counterclaimants.

No. C 01-2187 CW

SCHEDULING ORDER

On June 9, 2008, the Supreme Court entered an opinion in this case reversing the Federal Circuit's decision. The parties have filed a joint statement regarding their positions on the issues that remain to be decided and proposed dates for the case.

Having considered the parties' joint statement and good cause appearing therefor, the Court hereby sets the following deadlines:

| | |
|---|---|
| Defendants' Motion for Summary Judgment | July 17, 2008 |
| Report of Court-appointed Expert | July 23, 2008 |
| Plaintiff's Opposition to Motion for Summary Judgment | July 31, 2008 |
| Defendants' Reply Brief in Support of Motion for Summary Judgment | August 7, 2008 |
| Parties may depose Court-appointed Expert. Each party may depose Court-appointed Expert for up to ten hours. | August 13, 2008 |

| | |
|---|---|
| Parties may serve supplemental expert reports from their respective experts responsive to the report and testimony of the Court-appointed expert. Any such report is to be limited in scope to the issues raised by the Court-appointed expert. | August 20, 2008 |
| Hearing on Motion for Summary Judgment and Case Management Conference (The parties need not file a case management conference statement.) | August 21, 2008 |
| Jury Trial | November 12, 2008 |

The parties shall include in their papers on the motion for summary judgment any authority, evidence and argument in support of their conflicting positions on the scope of the case following remand, including but not necessarily limited to those addressed in their joint statement.

IT IS SO ORDERED.

Dated: 6/25/08

_____
CLAUDIA WILKEN
United States District Judge