| | |
|---|---|
| DANIEL JOHNSON, JR. (SB# 57409) <br> djjohnson@morganlewis.com <br> RITA E. TAUTKUS (SB# 162090) <br> rtautkus@morganlewis.com <br> MORGAN, LEWIS & BOCKIUS LLP <br> One Market, Spear Street Tower <br> San Francisco, CA 94105 <br> Telephone: (415) 442-1000 <br> Facsimile: (415) 442-1001 <br><br> NATHAN W. MCCUTCHEON *pro hac vice* <br> nmccutcheon@morganlewis.com <br> DAVID M. MORRIS *pro hac vice* <br> dmorris@morganlewis.com <br> COLLIN W. PARK *pro hac vice* <br> cpark@morganlewis.com <br> MORGAN, LEWIS & BOCKIUS LLP <br> 1111 Pennsylvania Avenue, N.W. <br> Washington, DC 20004 <br> Telephone: (202) 739-3000 <br> Facsimile: (877) 432-9652 <br><br> Attorneys for Plaintiff and Counterclaim Defendant <br> LG ELECTRONICS INC. | TERRY D. GARNETT (SB# 151212) <br> terrygarnett@paulhastings.com <br> VINCENT K. YIP (SB# 170665) <br> vincentyip@paulhastings.com <br> PETER J. WIED (SB# 198475) <br> peterwied@paulhastings.com <br> DANIEL PRINCE (SB# 237112) <br> danielprince@paulhastings.com <br> PAUL, HASTINGS, JANOFSKY & WALKER LLP <br> 515 South Flower Street <br> Twenty-Fifth Floor <br> Los Angeles, CA 90071-2228 <br> Telephone: (213) 683-6000 <br> Facsimile: (213) 627-0705 <br><br> MAXWELL A. FOX (SB# 200016) <br> maxwellfox@paulhastings.com <br> PAUL, HASTINGS, JANOFSKY & WALKER LLP <br> Ark Mori Building – 34F, P.O. Box 577 <br> 12-32 Akasaka 1-chome <br> Minato-Ku Tokyo 107-6034, Japan <br> Telephone: 81-3-6229-6100 <br> Facsimile: 81-3-6229-7100 <br><br> Attorneys for Defendants <br> Q-LITY COMPUTER INC., <br> QUANTA COMPUTER INC., and <br> QUANTA COMPUTER USA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| LG ELECTRONICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> Q-LITY COMPUTER INC., QUANTA COMPUTER INC., and QUANTA COMPUTER USA, INC., <br><br> Defendants. | CASE NO. C 01-02187 CW <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON** <br><br> Date: No Hearing Set <br> Time: No Hearing Set <br> Ctrm: 2 <br> Judge: Honorable Claudia Wilken |

Plaintiff LG Electronics Inc. ("LGE") and defendants Q-Lity Computer Inc., Quanta Computer Inc., and Quanta Computer USA, Inc. ("Defendants") hereby stipulate as follows:

(1) LGE and Defendants have confidentially settled by agreement all claims and

counterclaims in the above-captioned action.

(2) LGE and Defendants hereby agree to the dismissal with prejudice of this action and all claims and counterclaims herein, with each party to bear its own costs, attorneys' fees and other expenses arising from or related to this litigation.

**SO STIPULATED.**

DATED: August 22, 2008

DANIEL JOHNSON, JR.
RITA E. TAUTKUS
NATHAN W. MCCUTCHEON
DAVID M. MORRIS
COLLIN W. PARK
MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Daniel Johnson, Jr.
DANIEL JOHNSON, JR.

Attorneys for Plaintiff and Counterclaim Defendant
LG ELECTRONICS INC.

DATED: August 22, 2008

TERRY D. GARNETT
VINCENT K. YIP
PETER J. WIED
MAXWELL A. FOX
DANIEL PRINCE
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Terry D. Garnett
TERRY D. GARNETT

Attorneys for Defendants
Q-LITY COMPUTER INC., QUANTA COMPUTER INC., and QUANTA COMPUTER USA, INC.

**DECLARATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Terry Garnett.

DATED: August 22, 2008                    DANIEL JOHNSON, JR.
                                          MORGAN, LEWIS & BOCKIUS LLP


                                          By: /s/ Daniel Johnson, Jr.
                                              DANIEL JOHNSON, JR.

                                          Attorneys for Plaintiff and Counterclaim Defendant
                                          LG ELECTRONICS INC.

**ORDER**

Pursuant to the parties' stipulation, the Court **HEREBY DISMISSES WITH PREJUDICE** the above-titled action, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: 8/25/08                            _____
                                          Honorable Claudia Wilken
                                          United States District Judge

Case No. C 01-02187 CW            2            STIPULATION OF DISMISSAL WITH
                                               PREJUDICE AND [PROPOSED] ORDER
                                               THEREON